# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

February 15, 2024

*Before*
JOEL M. FLAUM, *Circuit Judge*
FRANK H. EASTERBROOK, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*

| No. 22-2813 | ALEX COATNEY, individually and on behalf of similarly situated individuals, et al., <br><br> Plaintiffs - Appellees <br><br> v. <br><br> ANCESTRY.COM DNA, LLC, a Virginia limited liability company, <br> Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:21-cv-01368-DWD <br> Southern District of Illinois <br> District Judge David W. Dugan ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)