IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALEX COATNEY; H.S. and B.H., by and through their Guardian DONNA HILAND; N.S, by and through her Guardian JENNIFER PALLONE; individually and on behalf of similarly situated individuals,<br><br>   *Plaintiffs*,<br>v.<br><br>ANCESTRY.COM DNA, LLC, a Virginia limited liability company,<br><br>   *Defendant*. | Case No.: 3:21-cv-01368-DWD<br><br>Hon. David W. Dugan |

**DEFENDANT ANCESTRY.COM DNA, LLC'S
MOTION REQUESTING ORAL ARGUMENT
ON ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7.1(h) and this Court's Standing Orders, defendant Ancestry.com DNA, LLC hereby moves to present oral argument before this Court on its Motion For Summary Judgment. Ancestry estimates that no more than thirty minutes (fifteen minutes for each side), will be necessary for oral argument. Ancestry's counsel believes that oral argument on the matters presented in defendant's Motion will aid the Court in ruling on the Motion.

In addition, Ancestry respectfully requests that this Court hear any oral argument and decide its Motion rather than referring the matter to a Magistrate Judge.

Dated:  September 10, 2024   Respectfully submitted,

               QUINN EMANUEL URQUHART & SULLIVAN, LLP

               */s/ Shon Morgan*
               Shon Morgan (*pro hac vice*)
               John W. Baumann (*pro hac vice*)
               Cristina A. Henriquez (*pro hac vice*)
               865 S. Figueroa St., 10th Floor
               Los Angeles, California 90017

Phone: (213) 443-3000
Fax: (213) 443-3100
shonmorgan@quinnemanuel.com
jackbaumann@quinnemanuel.com
cristinahenriquez@quinnemanuel.com

Daniel Lombard #6290071
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Phone: (312) 705-7400
Fax: (312) 705-7401
Email: daniellombard@quinnemanuel.com

*Attorneys for defendant Ancestry.com DNA, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to all counsel of record.

      /s/ *Shon Morgan*
      Shon Morgan