IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALEX COATNEY, ET AL, | ) |
| | ) |
| | ) |
| **Plaintiffs,** | ) |
| vs. | ) Case No.: 3:21-cv-1368-DWD |
| | ) |
| ANCESTRY.COM DNA, LLC, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**JUDGMENT IN A CIVIL ACTION**

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of November 7, 2024 (Doc. 59), as well as the Stipulation of Dismissal (Doc. 58), this action is **DISMISSED with prejudice** with each party to bear its own fees and costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, this case is closed.

**IT IS SO ORDERED.**

**DATED:** November 7, 2024

MONICA A. STUMP, Clerk of Court

*s/ Dana M. Winkeler*
**Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**